AO 91 (Rev. 08/09)   Criminal Complaint

FILED by _____ D.C.

APR 0 9 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Tremayne OUTLER<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  18-8154-BER<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(e) | Possession of a firerm by a prohibited person - convicted felon |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Tim Krenschel, SA / ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 9, 2018  2:10 pm

*Judge's signature*

City and state:   West Palm Beach, Florida

Hon. Bruce Reinhart, US Magistrate Judge
*Printed name and title*

# A F F I D A V I T

I, Tim Trenschel, being duly sworn, depose and state:

### Introduction

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) of the United States Department of Justice, and have been so employed since 2005. Prior to this I was a metropolitan police officer in Lexington, KY for over five years. I have received specialized training regarding the investigation and enforcement of Federal Firearms violations and have conducted investigations regarding individuals involved in illegal firearms activities to include the unlawful possession of firearms by prohibited persons. That I make this statement based on my personal knowledge and interviews with law enforcement officers.

2. I submit this affidavit in support of a Criminal Complaint and arrest warrant charging MICHAEL TREMAYNE OUTLER (hereinafter "OUTLER") with violating Title 18, United States Code, Section 922(g)(1), possession of a firearm and ammunition by a prohibited person – convicted felon. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, it does not set forth every fact known to me regarding this investigation, but rather, only those facts I believe establish probable cause.

### Probable cause

3. On January 30, 2018, officers of the West Palm Beach Police Department were dispatched to an anonymous complaint of a man "flashing a gun" who was standing in the front of a convenience store on the corner of 18th St and N Tamarind Ave. The

complainant described the apparel of the black male suspect as a white Chicago Bulls hat, a red and black hoodie and red shorts. Two officers, contemporaneously arriving in separate vehicles, both observed a suspect matching the description who had been standing in front of the store but "quickly dart(ed)" inside the convenience store. None of the other subjects loitering in front of the store remotely resembled the description. The suspect identified himself to the police officers as Michael OUTLER. One officer entered the store and, behind the store microwave, located a Fabrique Nationale Five-Seven, 5.7 X 28 mm pistol bearing serial number 386329312 fully-loaded with 19 rounds in the high-capacity magazine and one in the chamber. This gun is also known as the "mata policia" or cop-killer gun for its body-armor-piercing capabilities.

4. When questioned, OUTLER agreed to provide his DNA sample and signed a West Palm Beach Police Department Consent to Search Form, which had been read to him. Upon providing the sample, he left the business premises.

5. The DNA swabs from both OUTLER and the firearm were subsequently submitted to DNA Labs International. On March 6, 2018, they reported their findings that it is 61,000,000,000,000,000 (quadrillion) times more probable that the sample originated from OUTLER than an unknown person. This number represents 8.1 million times the current population of the earth.

6. A records check revealed that OUTLER is a convicted felon and prohibited from possessing a firearm and ammunition. Specifically, OUTLER has been convicted of the following felony offenses, each of which was punishable by imprisonment for a term exceeding one year:

    a. On or about April 11, 2002 OUTLER was convicted in Palm Beach County of Burglary of a Conveyance, a third degree felony, in Case No.: 2002-CF-610A02, and

    b. On or about November 21, 2002 OUTLER was convicted in Palm Beach County of Possession of Cocaine With Intent to Sell, a second degree felony, in Case No.: 2002-CF-10835A02, and

    c. On or about October 23, 2003 OUTLER was convicted in Palm Beach County of Sale of Cocaine, a second degree felony, in Case No.: 2003-CF-9704A02, and

    d. On or about July 27, 2006 OUTLER was convicted in Palm Beach County of Possession of Cocaine with Intent to Sell, a second degree felony, in Case No.: 2006-CF-4278CFA02.

7. Confirmed by the personal knowledge of your affiant, the pistol lists the country of manufacture as Belgium, and lists the importer in Fredericksburg, VA, revealing that the gun has traveled in and affected foreign and/or interstate commerce.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Tim Trenschel
Special Agent, ATF

SWORN TO AND SUBSCRIBED BEFORE
ME THIS ___9___ TH DAY OF APRIL,
2018, AT WEST PALM BEACH, FLORIDA,
SOUTHERN DISTRICT OF FLORIDA.

_____
HON. BRUCE REINHART
UNITED STATES MAGISRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO.  18-8154-BER

Defendants' Name:  MICHAEL TREMAYNE OUTLER

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of a Firearm by a Prohibited Person – Convicted Felon | 18 USC 922(g)(1) 18 USC 924(e) | Life imprisonment 15 year mandatory sentence $250,000 fine SR:  5 years $100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   18-8154-BER

UNITED STATES OF AMERICA

vs.

MICHAEL TREMAYNE OUTLER,

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____ Yes    __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    _____ Yes    __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321
TEL (561) 820-8711